COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-13-01088-CV

Style:     Maria Garay and Amelia Ornelas v. G. R. Birdwell Construction, L.P.

Date motion filed:     January 24, 2014

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated January 17, 2014.

Judge's signature:   /s/ Evelyn V. Keyes
                x  Acting individually

Date:   February 3, 2014

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).